**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Robert Stanford JOHNSON,
Defendant–Appellant.**

**No. 13–2453.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 27, 2013.

Filed: Dec. 5, 2013.

Amy L. Jennings, Special, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff–Appellee.

Robert Stanford Johnson Greenville, IL, pro se.

John P. Messina, Assistant, Federal Public Defender, Federal Public Defender's Office, Des Moines, IA, for Defendant–Appellant.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Robert Johnson appeals the sentence imposed by the District Court[1] after he pleaded guilty to a drug offense. On appeal, Johnson's counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that Johnson's within-Guidelines-range sentence is not substantively unreasonable. *See United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc) (standard of review); *Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (noting that if a sentence is within the properly calculated Guidelines range, an appellate court may apply a presumption of reasonableness to the sentence). Further, having independently reviewed the record in accordance with *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.